UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 12-39246 |
|---|---|
| LEANA J SMITH | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/02/2012.

2) The plan was confirmed on 01/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/27/2015.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,815.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,175.17 |
| Less amount refunded to debtor | $559.34 |
| **NET RECEIPTS:** | **$6,615.83** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $295.33 |
| Other | $291.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,086.33** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN GENERAL FINANCE | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| BROADVIEW SECURITY | Unsecured | 455.92 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 364.92 | 200.00 | 200.00 | 16.18 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HARVEY WATER DEPT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CK MARKETING PAYDAY LOAN | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SYSTEMS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 388.69 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS 4000 | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 498.49 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 512.00 | 512.42 | 512.42 | 54.50 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 7,545.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 222.00 | 299.28 | 299.28 | 34.89 | 0.00 |
| EOS CCA | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 1,585.61 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 1,534.00 | NA | NA | 0.00 | 0.00 |
| HYDRA FUNDS III | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY AUTHORITY | Unsecured | 3,398.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY AUTHORITY | Unsecured | 2,335.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY AUTHORITY | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 480.02 | 426.22 | 426.22 | 49.69 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 451.00 | 396.88 | 396.88 | 32.10 | 0.00 |
| KENWOOD SERVICES PAYDAY LOAN | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| KINGSTON FINANCIAL PAYDAY LOA | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 931.00 | 905.90 | 905.90 | 105.63 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,625.00 | 1,594.39 | 1,594.39 | 185.90 | 0.00 |
| NICOR GAS | Unsecured | 957.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 784.42 | 791.27 | 791.27 | 92.25 | 0.00 |
| ONECLICKCASH.COM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN YES | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 685.00 | 685.25 | 685.25 | 65.88 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 407.29 | 407.29 | 32.94 | 0.00 |
| SALLIE MAE | Unsecured | 12,084.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,941.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,667.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,557.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 1,694.00 | 17,676.64 | 17,676.64 | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 842.00 | 12,125.01 | 12,125.01 | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 938.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 735.00 | 735.00 | 735.00 | 78.18 | 0.00 |
| SPRINT | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 888.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 8,423.00 | 14,725.10 | 14,725.10 | 1,716.84 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,370.63 | NA | NA | 0.00 | 0.00 |
| THE CHILDRENS HOUSE-MA | Unsecured | 679.70 | 671.15 | 671.15 | 64.52 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 1,466.00 | NA | NA | 0.00 | 0.00 |
| UNLIMITED HOLDINGS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 3,375.00 | 2,622.74 | 2,622.74 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 3,001.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,774.54** | **$2,529.50** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,086.33 |
| Disbursements to Creditors | $2,529.50 |
| **TOTAL DISBURSEMENTS** : | **$6,615.83** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/04/2015        By:/s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**